State v. Helleson, Richard Wayne (13879). Affirmed. *See State v. Helleson* (11624), 43 Or App 463, 602 P2d 1158 (1979). (604 P2d 407)